IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00202-MR

| | |
|---|---|
| PSI SERVICES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JULIUS J. JOHNSON ) | |
| (d/b/a CONTRACTORS SEMINARS), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Hara K. Jacobs as counsel *pro hac vice*. [Doc. 7]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 7] is **ALLOWED**, and Hara K. Jacobs is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge